```
 1                   UNITED STATES DISTRICT COURT
 2                     DISTRICT OF PUERTO RICO

 3   MARIO CORTES-GONZALEZ, et al.,

 4        Plaintiffs,
                                       Civil No. 05-1874 (JAF)
 5        v.

 6   HANES MENSWEAR, INCORPORATED,
 7   et al.,
 8
 9        Defendants.
```

10                          **REMAND ORDER**

11        Plaintiff's motion to remand to state court, filed on
12   August 26, 2005, <u>Docket Document No. 4</u>, is granted.  The record
13   will be forwarded to the state court of origin.  No federal
14   question removal under 28 U.S.C. § 1331 will be authorized of a
15   routine employment discrimination complaint filed originally in
16   state court, where there is no major issue or controversy of
17   determinative or important magnitude requiring interpretation of
18   federal law. Merely invoking 28 U.S.C. § 1331 does not confer
19   federal jurisdiction.  In a removed case, we look at the original
20   state court complaint. Removal is only warranted where the federal
21   issue is clearly framed within the four corners of the complaint
22   and where it involves novel and important questions, not routine
23   ones.  Those elements are not present here.
24        All pending filings are declared moot. This case is now
25   closed.

Civil No. 05-1874 (JAF)                                                              -2-

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of November, 2005.

                                        S/José Antonio Fusté
                                         JOSE ANTONIO FUSTE
                                       Chief U. S. District Judge